**FILED**

**MAY -5 2009**

**EUGENE R. WEDOFF,
BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MICHAEL E. FRIEDMAN | ) | Case No. 05-B-03591 |
| CHRISTINE J. FRIEDMAN | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| HORACE FOX JR., as trustee for | ) | |
| MICHAEL E. FRIEDMAN | ) | |
| CHRISTINE J. FRIEDMAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary No. 07-00844 |
| | ) | |
| FM INDUSTRIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO HORACE FOX, JR., NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR MICHAEL E. FRIEDMAN AND CHRISTINE J. FRIEDMAN, FOR ALLOWANCE AND PAYMENT OF ATTORNEYS' FEES AND COSTS RELATED TO DEFENDANT'S MOTION TO CONTINUE TRIAL DATE**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $22,757.50 | TOTAL COSTS REQUESTED: | $46.45 |
| TOTAL FEES REDUCED: | $17,870.00 | TOTAL COSTS REDUCED: | $46.45 |
| TOTAL FEES ALLOWED: | $4,887.50 | TOTAL COSTS ALLOWED: | $0.00 |

**TOTAL FEES AND COSTS ALLOWED: $4,887.50**

THE COURT HAS MARKED THE ATTACHED TIME AND EXPENSE ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION THAT APPEARS ON THE LEFT SIDE OF EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

(1)   **Time Spent on Work Not Made Necessary by FMI's Motion to Continue Trial Date**
The Court denies the allowance of compensation for time spent on work unrelated to the defendant's motion to continue trial date, heard on June 24, 2008.

(2)   **Insufficient Description**
The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

1

(3)   **Deduction For Fees Not Itemized**

The Trustee requests $22,757.50 in attorneys' fees and $46.45 in costs, but only provides itemized entries for $20,110.00 in fees. The court denies fees and costs in the amount of $2,693.95 due to the Trustee's failure to properly account for all of the requested fees and costs incurred.

Dated: May 5, 2009

_____
Eugene R. Wedoff
United States Bankruptcy Judge

**MANDELL MENKES LLC**

Suite 300
333 West Wacker Drive
Chicago, Illinois 60606
Telephone (312) 251-1000
Fax (312) 251-1010

Federal Tax I.D. #36-4374891

April 22, 2009

Invoice #    34454

Lehman & Fox
Six E. Monroe Street
Suite 1104
Chicago IL 60603

Re: *Michael and Christine Friedman*
*Amended Petition for Fees*
*Case No.: 05-03591*
*Our File No.: 80003z(b)*

Statement for legal services rendered:

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 3/17/2008 | BNM | Review letter from Mr. Rhine regarding representation of Mr. Mayster; research regarding why he should be disqualified. | 2.40 | 1,020.00 |
| 3/18/2008 | LL | Perform Westlaw research regarding Northern District of Illinois cases regarding court's authority to enforce settlements or stipulations made between the parties; conference with Mr. Menkes regarding same. | 0.40 | 100.00 |
|  | BNM | Research regarding Bankruptcy Court's ability to enforce terms of stipulation. | 0.30 | 127.50 |
| 3/19/2008 | BNM | Further changes to motion to enforce stipulation. | 0.10 | 42.50 |
| 4/29/2008 | BNM | Review transcripts of depositions of Mr. Friedman taken in copyright case. | 2.20 | 935.00 |

## MANDELL MENKES LLC

80003z(b)
April 22, 2009
Page 2

|            |     |                                                                                                                                                                   | Hours | Amount |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 6/10/2008  | BNM | Review objection to CCSI claim.                                                                                                                                   | 0.30  | 127.50 |
| 6/12/2008  | LL  | Conference with Mr. Menkes regarding research for bench memorandum regarding necessity for a full accounting                                                      | 0.50  | 125.00 |
|            | BNM | Call with Messrs. Rhine, Roberts and de'Medici, regarding stipulations, deposition of Fox, FMI's dissatisfaction with Fox's discovery requests.                   | 0.40  | 170.00 |
|            | BNM | Meet with Mr. de'Medici regarding outstanding items, including discovery dispute, witness exhibit lists, motions in limine, trail subpoenas, deposition of Fox.   | 0.40  | 170.00 |
| 6/13/2008  | LL  | Begin Westlaw research regarding necessity for a full accounting (Restatement of Contracts)                                                                       | 0.70  | 175.00 |
|            | BNM | Prepare list of witnesses, and summaries of their expected testimony.                                                                                             | 0.70  | 297.50 |
|            | BNM | Call with Mr. de'Medici regarding witnesses/exhibit lists.                                                                                                        | 0.20  | 85.00  |
|            | BNM | Review and suggest revisions to draft Order regarding Denial of FMI's motion for protective order and partial denial of FMI's motion to extend discovery period.  | 0.10  | 42.50  |
|            | BNM | Prepare list of exhibits to be used at trial, review transcripts to see which should be used.                                                                     | 2.30  | 977.50 |
| 6/16/2008  | LL  | Conduct research on Westlaw regarding Restatement of Contracts and for Illinois cases where contract required ministerial acts.                                   | 1.40  | 350.00 |



## MANDELL MENKES LLC

80003z(b)
April 22, 2009
Page 3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/16/2008 | BNM | Review materials from CCSI to see which are relevant to allegations and affirmative defenses of complaint. | 4.80 | 2,040.00 |
| 6/17/2008 | KEA | Conference with Mr. de'Medici regarding tomorrow's proposed order call. | 0.10 | 25.00 |
|  | BNM | Draft motions *In Limine*. | 2.90 | 1,232.50 |
|  | BNM | Meet with Mr. de'Medici regarding motions *in limine*. | 0.30 | 127.50 |
| 6/18/2008 | KEA | Conference with Mr. de'Medici; prepare for and attend court hearing. | 1.00 | 250.00 |
|  | BNM | Draft letter to Messrs. Roberts and Rhine regarding what Trustee relied upon in filing complaint; review prior disclosures regarding same. | 0.30 | 127.50 |
| 6/19/2008 | BNM | Meet with Mr. Mr. de'Medici after deposition to discuss strategy in light of new avenues apparently being proposed by FMI. | 0.40 | 170.00 |
|  | BNM | Meet with Mr. Roberts after deposition of Mr. Fox to discuss direction of case. | 0.20 | 85.00 |
|  | BNM | Meet with Mr. Fox during and after deposition regarding FMI's apparent new strategy of painting him as an overzealous prosecutor. | 0.50 | 212.50 |
| 6/20/2008 | BNM | Review FMI's motion to continue trial date; meet with Mr. de'Medici regarding same. | 0.40 | 170.00 |
|  | BNM | Review FMI's list of exhibits and witnesses. | 0.40 | 170.00 |

#1

#1

## MANDELL MENKES LLC

80003z(b)
April 22, 2009
Page 4

|            |      |                                                                                                                                                                                 | Hours | Amount |      |
|------------|------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|------|
| 6/20/2008  | BNM  | Research dates on which various pleadings were to be, and were actually filed, to prepare response to motion to continue trial date.                                            | 0.60  | 255.00 |      |
|            | BNM  | Send e-mail of letter from Mr. Jordan to Ms. Roberts; call with Mr. Jordan to Mr. Roberts; call with Mr. Roberts regarding same.                                                | 0.20  | 85.00  | #2   |
| 6/22/2008  | BNM  | Draft response to FMI; motion to continue trial date.                                                                                                                           | 2.30  | 977.50 |      |
|            | BNM  | Exchange e-mails with Mr. de'Medici regarding strategy for supplementing Motion in Limine based on new late-filed witness list and exhibit list.                                | 0.20  | 85.00  |      |
| 6/23/2008  | BNM  | Prepare declaration of Mr. Menkes in response to motion to continue trial date.                                                                                                 | 0.40  | 170.00 |      |
|            | BNM  | Work on bench memorandum e what constitutes a "valid reason" to request corporate documents.                                                                                    | 0.40  | 170.00 | #1   |
|            | BNM  | Review Bench memorandum drafted by Ms. LaVine on issue of failure by promisee to take action; look for additional authority on issue.                                           | 1.70  | 722.50 |      |
|            | LL   | Continue research supporting argument that a full accounting is unnecesssary; conference with Westlaw reference attorney regarding same; conference with Mr. Menkes regarding findings and additional research for bench memorandum. | 2.20  | 550.00 |      |
|            | BNM  | Finalize response to motion to continue trial date; research dates to be placed into response.                                                                                  | 2.30  | 977.50 |      |
|            | LL   | Research Illinois law regarding party who deliberately prevents condition to occur cannot claim failure of fulfillment defeats his liability.                                   | 1.20  | 300.00 | #1   |

## MANDELL MENKES LLC

80003z(b)
April 22, 2009
Page 5

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/24/2008 | LL | Review treatise regarding proper purpose for requesting to examine corporate records; conduct research on Westlaw regarding same. | 1.20 | 300.00 |
|  | BNM | Make up timeline in preparation for hearing on motion to delay trial. | 0.60 | 255.00 |
|  | BNM | Appear on motion to delay trial. | 1.10 | 467.50 |
|  | BNM | Meet with o/c regarding motion to delay trial. | 0.30 | 127.50 |
|  | BNM | Meet with Mr. de'Medici and Mr. Fox regarding motion to delay trial. | 0.30 | 127.50 |
|  | BNM | Prepare new lists of grounds for Motion in Limine based on FMI's belated disclosures, in case court asks for bullet point list. | 0.80 | 340.00 |

*For Professional Services Rendered*    39.50    $15,265.00

**Balance Due**    $15,265.00

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Bruce N. Menkes | 30.80 | 425.00 | $13,090.00 |
| Lindsay LaVine | 7.60 | 250.00 | $1,900.00 |
| Keith E. Allen | 1.10 | 250.00 | $275.00 |

## Law Office Bruce E. de'Medici
333 West Wacker Drive
Suite 300
Chicago, Illinois 60606
Telephone 312.251.1000
Facsimile 312.251.1010

2/2/2008

Billing
Michael & Christine Friedman

| Date | Description | Time | Amount |
|---|---|---|---|
| 6/3/2008 | Review of arguments to respond to apparent (unpled) affirmative defense that reopening the case was | 0.70 | $297.50 |
| 6/5/2008 | Conference BNM-review FMI's theory about no contract exists, to prepare for cross-examination at trial | 0.30 | $127.50 |
| 6/16/2008 | Letter to J Rhine confirming his receipt of subpoenas | 0.20 | $85.00 |
| 6/16/2008 | Strategy for using motion in limine to exclude witnesses and exhibits by FMI | 0.40 | $170.00 |
| 6/17/2008 | Conf with BNM to review grounds for in limine order against FMI re witnesses and exhibits | 0.20 | $85.00 |
| 6/17/2008 | Edits to motion for in limine order | 0.90 | $382.50 |
| 6/17/2008 | Re-review of Trial Order to marshall arguments why FMI should not be able to introduce exhibits or witnesses, anticipating arguments in court | 0.90 | $382.50 |
| 6/22/2008 | Analysis to support responding to motion in limine | 0.30 | $127.50 |
| 6/23/2008 | Review of trial arguments and cross-examination outline for upcoming trial to meet affirmative defenses and excluding arguments outside scope of affirmative defenses | 3.20 | $1,360.00 |
| 6/23/2008 | Conference BNM to review trial strategy, legal issues and arguments, meeting FMI's affirmative defenses through documents and Michael Friedman's deposition testimony | 1.10 | $467.50 |
| 6/23/2008 | Prepare to respond to FMI's motion to continue trial-review any benefits to Trustee to continue trial | 0.90 | $382.50 |
| 6/23/2008 | Conference with BNM to review advantages and disadvantages of continuing the trial and responding to FMI's motion to continue trial | 0.30 | $127.50 |

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| 6/23/2008 | Prepare for hearing on motion to exclude witnesses and exhibits | 0.90 | $382.50 | #1 |
| 6/24/2008 | Court - FMI's motion to continue trial and Fox's motion in limine | 1.10 | $467.50 | |
| | **TOTAL BILLING** | 11.4 | $4,845.00 | |